**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MYRA ELLA VILMA OMPOD EBRA,

Petitioner,

v. Case No. 3:26-cv-3074-TJC-LLL

WARDEN, BAKER COUNTY DETENTION CENTER, et al.,

Respondents.

---

**O R D E R**

Petitioner Myra Ella Vilma Ompod Ebra, a citizen of the Philippines, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus (Doc. 1) through which she sought immediate release or a bond hearing. In their response (Doc. 5), the federal Respondents admit that Petitioner is being held in custody pursuant to 8 U.S.C. § 1226(a) and is therefore entitled to a bond hearing. Because the Court finds that ordering a bond hearing is the appropriate relief, it does not, and need not, address Petitioner's other claims and arguments. See Banks v. Dretke, 540 U.S. 668, 689 n.10 (2004) (declining to address an additional claim in a habeas petition after granting relief on another claim because "any relief [petitioner] could obtain on that claim would be cumulative").

Accordingly, it is hereby

**ORDERED**:

1. Myra Ella Vilma Ompod Ebra's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**. No later than **November 25, 2026**, Respondents shall either (1) provide Petitioner with an individualized bond hearing before an immigration judge or (2) release Petitioner from custody.

2. If Respondents provide Petitioner with an individualized bond hearing, the hearing must include—and the resulting order must reflect—consideration of evidence properly submitted by Petitioner and the factors announced in In re Guerra, 24 I&N Dec. 37 (BIA 2006). Furthermore, Petitioner's counsel must be given **48 hours advance notice** of the hearing.

3. If Respondents release Petitioner, they shall facilitate her transportation from the detention facility by notifying her counsel when and where she can be collected.

4. No later than **November 30, 2026**, Respondents **shall FILE** a copy of the immigration judge's order following Petitioner's individualized bond hearing or inform the Court that she has been released from custody.

5. The Clerk shall **enter judgment** granting the Petition and close the file.

6. The Court **retains jurisdiction** to effectuate this Order.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of November, 2026.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record